FILED'07 APR 03 08:56USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RITA STRAND,<br><br>   Plaintiff,<br><br> v.<br><br>AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>   Defendant. | )<br>)<br>)<br>) Civil No. 06-1193-PK<br>)<br>) O R D E R<br>)<br>)<br>)<br>)<br>) |

Daniel M. Ricks
Melissa Kelleigh
Kennedy, Watts, Arellano & Ricks LLP
1211 SW Fifth Avenue, Suite 2850
Portland, Oregon 97204

 Attorneys for Plaintiff

A. Bruce McKenzie
Smith McKenzie Rothwell & Barlow, P.S.
500 Union Street, Suite 700
Seattle, Washington 98101

 Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on February 27, 2007. Defendant filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Papak. This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated February 27, 2007 in its entirety except for a change to the fourth sentence of the first full paragraph on page 6, which should read: At oral argument, the Trust conceded that the second consent provision, relating to the Life Annuity Option, contains a misstatement on the form and thus, standing alone, does not constitute an adequate waiver of Mrs. Strand's right to survivor interest.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (#7) is granted. Defendant's oral Motion for Summary Judgment is granted in part and denied in part.

DATED this 2nd day of April, 2007.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER