FILED'07 JUL 11 14:09USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RITA STRAND,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>        Defendant. | Civil No. 06-1193-PK<br><br>O R D E R |

Daniel M. Ricks
Melissa B. Kelleigh
Kennedy Watts Arellano & Ricks, LLP
1211 SW Fifth Avenue, Suite 2850
Portland, Oregon 97204

    Attorneys for Plaintiff

A. Bruce McKenzie
Michael H. Korpi
Smith McKenzie Rothwell & Barlow, PS
500 Union Street, Suite 700
Seattle, Washington 98101

    Attorneys for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on June 22, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#38).

IT IS HEREBY ORDERED that Plaintiff be awarded attorney fees in the amount of $45,068.33 and costs in the amount of $715.27.

DATED this 11th day of July, 2007.

GARR M. KING
United States District Judge

Page 2 - ORDER